UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            Criminal Case No. 09-cr-20349
                                                Civil Case No.     13-cv-11094

VALENTINE BALOGUN,

        Defendant.
_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a motion to vacate, set aside, or correct sentence under 28 § USC 2255 on March 11, 2013.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motion to vacate, ..." by **May 24, 2013**. The reply, if any, is to be filed by **June 24, 2013.**

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated: April 12, 2013


I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, April 12, 2013, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522